JAMES K. DELANO, JR., Respondent, *v.* COLUMBIA MACHINE WORKS AND MALLEABLE IRON COMPANY, Appellant.

*Delano* v. *Columbia M. Works & M. Iron Co.,* 179 App. Div. 153, affirmed.

(Argued March 21, 1919; decided May 20, 1919.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 16, 1917, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for the alleged wrongful discharge of plaintiff from employment by defendant prior to the expiration of the contract of employment. The answer by way of defense alleged that the contract of employment was for one year " provided your services are satisfactory to us;" that the

services of the plaintiff were unsatisfactory and that consequently the employment was properly terminated. The Appellate Division held that on the evidence a question of fact was presented as to whether the dissatisfaction was genuine or feigned.

*J. Sheldon Frost* and *Wallace R. Foster* for appellant.

*David Vorhaus* and *Louis J. Vorhaus* for respondent.

Judgment affirmed, with costs, on opinion of SHEARN, J., below; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN and CRANE, JJ.   Not sitting: McLAUGHLIN, J.